IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

   Plaintiff,

v.

                                         2:26-CR-061-Z-BR-(1)

CARLOS ESTRADA-RAMOS

   Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

On July 17, 2026, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Carlos Estrada-Ramos waived the fourteen-day objection period asset forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Carlos Estrada-Ramos was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Carlos Estrada-Ramos; and ADJUDGES Defendant Carlos Estrada-Ramos guilty of Count One in violation of 8 U.S.C. § 1326(a) and 6 U.S.C. §§ 202(3), 202(4), and 557. Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, July 20, 2026.

                                                             _____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE